UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| OCEANS BEHAVIORAL HOSPITAL OF ABILENE,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD, et al.,<br><br>    Defendants. | No. 1:25-CV-018-H |

### ORDER OF DISMISSAL

Before the Court is the plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which dismisses the case without prejudice. Dkt. No. 27. Because the defendants have not filed an answer or a motion for summary judgment, the Court instructs the Clerk of Court to dismiss this action without prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorneys' fees.

The plaintiff's motion for a preliminary injunction (Dkt. No. 2) is denied as moot. The hearing previously scheduled for June 4, 2025 (*see* Dkt. Nos. 24; 26) is canceled.

So ordered on June 3, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE